# Court of Appeals
# of the State of Georgia

ATLANTA, December 14, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0727. TRACY WORLEY et al. v. APALACHEE FARMS HOMEOWNERS ASSOCIATION, INC.**

Tracy Worley and Melanie Worley appeal the trial court's order granting Apalachee Farms Homeowners Association, Inc.'s motion for summary judgment awarding judgment against the Worleys in the total amount of $4,852.17, which includes interest, court costs, and attorney's fees. We, however, lack jurisdiction.

"Although the grant of a motion for summary judgment is in general directly appealable, where the amount of the judgment is $10,000 or less, an application for discretionary appeal is required." *Ca-Shar v. McKesson Corp.*, 204 Ga. App. 865, 865 (420 SE2d 810) (1992) (punctuation omitted); see also OCGA § 5-6-35 (a) (6). As the total judgment in favor of Apalachee Farms Homeowners Association is less than $10,000, the entry of summary judgment provides no basis for a direct appeal in this case. See *Ca-Shar*, 204 Ga. App. at 865-866. The Worleys' failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider their appeal. See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).

Accordingly, Apalachee Farms Homeowners Association's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/14/2018*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*